E-Filed 8/4/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARLENE MERRITT,

          Plaintiff,

   v.

ANDREWS INTERNATIONAL,

          Defendant.

Case No.  16-cv-03481-HRL

**INTERIM ORDER ON IN FORMA PAUPERIS APPLICATION**

Re: Dkt. No. 2

Plaintiff Darlene Merritt applies to proceed in forma pauperis ("IFP").  The court is unable to fully review the IFP application, however, because Plaintiff has not yet filed a complaint. Plaintiff filed a cover sheet which states that "the following complaint" relates to "harassment and discrimination" suffered in the course of her employment, but Plaintiff, instead of attaching a complaint, attached a letter from the Equal Employment Opportunity Commission which states that she had the right to file this lawsuit.  Dkt. No. 1 at 2-5.

Plaintiff shall therefore file her complaint no later than August 31, 2016; the court will rule on the IFP application after the complaint is filed.  Accordingly, the initial case management conference is continued to November 22, 2016.  The court advises Plaintiff to contact the Federal Pro Se Program in the federal courthouse in San Jose to seek assistance with understanding and following this order.

      **IT IS SO ORDERED.**

Dated: 8/4/16

                               HOWARD R. LLOYD
                               United States Magistrate Judge

United States District Court
Northern District of California